former order is not appealable. See, also, 149 App. Div. 928, 133 N. Y. Supp. 1148.

VARON, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by Ovadio Varon against the American Manufacturing Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and defendant's motion granted, with $10 costs, and the cause removed to New York county, as the county of plaintiff's residence when the action was brought.

RICH, J., not voting.

VASS, Respondent, v. BRITT et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1913.) Application of Alfred E. Vass against J. Gabriel Britt and others. No opinion. Order affirmed, without costs.

VEEDER, Respondent, v. CITY OF GLOVERSVILLE, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Asenath Veeder against the City of Gloversville. No opinion. Appeal dismissed, with $10 costs.

VINSON, Respondent, v. SEWER, WATER, AND STREET COMMISSION OF SARATOGA SPRINGS, Appellant. (Supreme Court Appellate Division, Third Department. September 26, 1913.) Action by Charles E. Vinson against the Sewer, Water and Street Commission of Saratoga Springs. No opinion. Motion denied. See, also, 142 N. Y. Supp. 598.

VON BACHO, Respondent, v. METROPOLITAN LIFE INS CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by Walter Von Bacho against the Metropolitan Life Insurance Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground of error in charging plaintiff's request as to assumption of risk at folio 153 of the record.

VON HAUS, Respondent, v. SOULE, Appellant. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Wilhelma Von Haus against Ullman B. Soule. J. Fennelly, of New York City, for appellant. C. F. Dos Passos, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 146 App. Div. 731, 131 N. Y. Supp. 512.

WAGNER et al., Appellants, v. SUTTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Fred Wagner and Marion E. Sutton, an infant, by guardian, etc., against Ernest E.

Sutton. No opinion. Order affirmed, with costs.

WALKER, Respondent, v. DRESSLER, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by George W. Walker against Anna Dressler. W. B. Dressler, of New York City, for appellant. E. Whitlock, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 157 App. Div. 921, 142 N. Y. Supp. 1149.

WALL, Appellant, v. O'HARE, Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Clarence H. Wall against John J. O'Hare. No opinion. Judgment unanimously affirmed, with costs.

WALLACE et al. v. WALLACE et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Jessie Wallace and others against Howard Gurdon Wallace, individually, etc., and others.

PER CURIAM. Judgment affirmed, with costs, on opinion of Mr. Justice MILLS at Special Term (137 N. Y. Supp. 43). See, also, 143 N. Y. Supp. 1148.

HIRSCHBERG, J., not voting.

WALLACE et al., Respondents, v. WALLACE, Appellant et al. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by Jessie Wallace and others against Howard G. Wallace and others. No opinion. Order affirmed, without costs. See, also, 143 N. Y. Supp. 1148.

WALZ, Respondent, v. HUMRICH, Appellant. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by Joseph Walz against Magdalena Humrich. No opinion. Judgment affirmed, with costs.

WARE, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Henry Ware against the City of Buffalo. No opinion. Judgment and order affirmed, with costs.

WARING v. CHILDS CO. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Emma B. P. Waring against the Childs Company. With this case have been considered cases bearing titles as follows: Joseph Dorf v. Robert S. Smith; Francis Griffin v. Adelaide T. Beach; Elizabeth Passut v. Marion M. Heubner; Benjamin Gibbs v. New York Safety Reserve Fund (two cases); Harry Dunn v. New Amsterdam Casualty Company. No opinions. Applications denied, with $10 costs, in each case. Orders signed.